UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

In re:
Tricia L. Hicks,
Debtor

Bk. No. 24-10563-KB
Chapter 13

ORDER ON MOTION TO REMAND

After notice of and opportunity for hearing, and due consideration of the Motion to Remand, the Court hereby Orders:

1. The Motion to Remand is denied.

SO ORDERED:

Dated: _____        _____
                                     Kimberly Bacher, Chief Bankruptcy Judge