UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

In Re: Tricia L. Hicks
Case No. 24-10563-KB
Chapter 13
Debtor

**MOTION TO DISMISS**

NOW COMES LAWRENCE P. SUMSKI, Trustee in the above-cited case, and Moves to Dismiss the case stating as follows:

1. The debtor's disposable income has not been established and the debtor is currently unemployed, so the Plan is not feasible.

WHEREFORE, the undersigned Chapter 13 Trustee Moves as follows:

A.   That the case be Dismissed for cause pursuant to § 1307;

B.   For such other and further relief as may be just.

Respectfully submitted,

Dated: November 13, 2024      */s/ Lawrence P. Sumski*
Lawrence P. Sumski
Chapter 13 Trustee
32 Daniel Webster Highway
Suite 15
Merrimack, NH  03054
(603) 626-8899
ID# BNH01460