UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re: Tricia Hicks,                                         Case No. 24-10563-KB
             Debtors.                                Chapter 13

## NOTICE OF HEARING

Please take notice that on December 20, 2024 at 9:00 a.m., movant Lawrence P. Sumski, Chapter 13 Trustee, will appear before the Hon. Kimberly Bacher, or any Judge that may be sitting in that Judge's place, at **either** the United States Bankruptcy Court, Courtroom A, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Concord, New Hampshire, **or** via Zoom as described below, and present the Motion to Dismiss the case.

**To appear by Zoom via video, go to this link: https://www.zoomgov.com and then enter the Meeting ID and Passcode listed below.**

**To appear by Zoom using a telephone, call Zoom for Government at 1-646-828-7666 or 1-669-254-5252 and then enter the Meeting ID and Passcode listed below.**

**The Meeting ID for this hearing is 160 462 2499, and the Passcode is 760398.** The Meeting ID and Passcode can also be found on the Court's website.

**YOUR RIGHTS MAY BE AFFECTED. You should read this notice and the motion carefully and discuss it with your attorney.** If you do not have an attorney, you may wish to consult one. If you have no objection to the motion, no action is required by you. If you do object to the relief sought, or if you wish to be heard, you must file a written objection with the Clerk, United States Bankruptcy Court, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Room 200, Concord, NH 03301 on or before December 13, 2024.

A copy of your objection or response must be mailed or delivered to the undersigned filer at the address set forth below, the United States Trustee, and a certificate of such action must be filed with the clerk. If you file an objection or response, you must also appear at the hearing on the date and time set forth above.

Dated: November 13, 2024                                    /s/ Lawrence P. Sumski
                                                                              Lawrence P. Sumski
                                                                              Chapter 13 Trustee
                                                                              32 Daniel Webster Highway
                                                                              Suite 15
                                                                              Merrimack, NH  03054
                                                                              (603) 626-8899
                                                                              ID# BNH01460

LBF 7104-1 (Eff. 10/01/2024)