```
                    UNITED STATES BANKRUPTCY COURT
                      DISTRICT OF NEW HAMPSHIRE

                      In Re: Tricia L. Hicks
                       Case No. 24-10563-KB
                            Chapter 13
                              Debtor
```

## CERTIFICATE OF SERVICE

I hereby certify that I have on this, the 13th day of November, 2024, served electronically via ECF a copy of this Motion to Dismiss and Notice of Hearing upon:

```
Attorney Bryan Clickner
Steven P. & Erica A. Marshall
  c/o Attorney Eleanor Dahar
Savings Bank of Walpole
  c/o Attorney Peter Minkow
Office of the U.S. Trustee
```

and by first class United States mail to all creditors as listed on the attached service list.

                                              Respectfully submitted,

```
Dated: November 13, 2024           /s/ Lawrence P. Sumski
                                   Lawrence P. Sumski
                                   Chapter 13 Trustee
                                   32 Daniel Webster Highway
                                   Suite 15
                                   Merrimack, NH  03054
                                   (603) 626-8899
                                   ID# BNH01460
```