Tricia L Hicks
32 Concord St.
Peterborough, NH 03458

Department of Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Discover Bank
PO Box 3025
New Albany, OH 43054-3025

Service Federal Credit Union
PO Box 1268
Portsmouth, NH 03801

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

TD Retail Card Services
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Wadleigh Starr & Peters PLLC
Craig Donais
95 Market St.
Manchester, NH 03101

Verizon by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Public Service of New Hampshire
 D/B/A Eversource
Eversource Legal Dept-Honor Heath
107 Selden Street
Berlin, CT 06037

Advantage
PO Box 300001
Greenville, TX 75403

Synchrony Bank by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118