**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:

Tricia L Hicks,                                     Case No. 24-10563-KB
                                                    Chapter 13

        Debtor.

**<u>ORDER</u>**

Confirmation of the Chapter 13 Plan dated August 19, 2024 Filed by Debtor Tricia L Hicks
[ECF No.5] is denied for the reasons stated on the record.

Date: 03/07/2025                          /s/ Kimberly Bacher
                                          Kimberly Bacher
                                          Chief Bankruptcy Judge