UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:
TRICIA L. HICKS,

Debtor(s).

Case No. 24-10563-KB

Chapter 13

## NOTICE OF CONTINGENT HEARING

Please take notice that on **May 15, 2026 at 9:30 a.m.** movant Andrew M. Dudley, Chapter 13 Trustee, will appear before the Hon. Kimberly Bacher, or any judge that may be sitting in that judge's place at **either** the United States Bankruptcy Court, Courtroom A,  Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Concord, New Hampshire or via Zoom as described below:

**To appear by Zoom via video, go to this link: https://www.zoomgov.com and then enter the Meeting ID and Passcode listed below**.

**To appear by Zoom using a telephone, call Zoom for Government at 1-646-828-7666 or 1-669-254-5252 and then enter the Meeting ID and Passcode listed below**.

**The Meeting ID for this hearing is 160 462 2499, and the Passcode is 760398. The Meeting ID and Passcode can also be found on the Court's website.**

**YOUR RIGHTS MAY BE AFFECTED.  You should read this notice and the Objection to Certain Claims and Motion for Authorization to Pay Certain Claims carefully and discuss them with your attorney.**  If you do not have an attorney, you may wish to consult one.  If you have no objection to the motion, no action is required by you.  If you object to the relief sought, or if you wish the matter to be heard on the hearing date, you must file a written objection with the Clerk, United States Bankruptcy Court, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Room 200, Concord, NH 03301 **on or before May 8, 2026.   If no objection is timely filed, the court may grant the relief requested in advance without holding a hearing.**

A copy of your objection or response must be mailed or delivered to the undersigned filer at the address listed below, and to the United States Trustee, and a certificate of service must be filed with the clerk.  If you file an objection or response, you must also appear at the hearing on the date and time shown above.

Date: April 3, 2026

*/s/ Andrew M. Dudley*
ANDREW M. DUDLEY, Trustee
PO Box 429
Brunswick, Maine  04011-0429
(207) 725-1300