UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:

TRICIA L. HICKS,

Case No. 24-10563-KB
Chapter 13

Debtor(s).

### ORDER

The Objection to Certain Claims and Motion for Authorization to Pay Claims 1, 2, 3, 4, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20 & 21 filed by Andrew M. Dudley, Chapter 13 Trustee is granted.